| | | |
|---|---|---|
| People v Tyler | 4th Dept: 140 AD3d 1694 (Monroe) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Villanueva | 2d Dept: 140 AD3d 990 (Kings) | denied 9/26/16 (Fahey, J.) |
| People v Wallace (Eric) | 1st Dept: 140 AD3d 672 (NY) | denied 9/26/16 (Fahey, J.) |
| People v Wallace (Erik) | 1st Dept: 140 AD3d 672 (NY) | denied 9/26/16 (Fahey, J.) |
| People v Wallace (Shelby) | 4th Dept: 141 AD3d 1115 (Erie) | denied 9/20/16 (Garcia, J.) |
| People v Weathington | 4th Dept: 141 AD3d 1173 (Erie) | denied 9/12/16 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Webster | 2d Dept: 140 AD3d 1196 (Kings) | denied 9/26/16 (Fahey, J.) |
| People v Whetstone | 2d Dept: 136 AD3d 662 (Queens) | denied 9/6/16 (Stein, J.) |
| People v White | 1st Dept: 141 AD3d 463 (NY) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Whitty | 2d Dept: 140 AD3d 802 (Suffolk) | denied 9/12/16 (Stein, J.) |
| People v William A. | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 133(A) (Queens) | denied 9/26/16 (Fahey, J.) |
| People v Williams (Cammesoa) | 4th Dept: 140 AD3d 1749 (Niagara) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Williams (Kevin) | 3d Dept: 140 AD3d 1535 (Chemung) | withdrawn 9/27/16 (Abdus-Salaam, J.) |
| People v Wiz | 2d Dept: 139 AD3d 1092 (Dutchess) | denied 9/30/16 (Fahey, J.) |
| People v Young | 2d Dept: 141 AD3d 551 (Kings) | denied 9/2/16 (Fahey, J.) |
| People v Zalevsky | 2d Dept: 137 AD3d 1173 (Kings) | denied reconsideration 9/7/16 (Stein, J.) |
| People v Zimba | 2d Dept: 140 AD3d 1098 (Westchester) | denied 9/30/16 (Abdus-Salaam, J.) |

(September 1, 2016 through September 30, 2016)

| | | |
|---|---|---|
| People v Evans | 1st Dept: 141 AD3d 120 (NY) | granted 9/15/16 (Tom, J.) |